DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY JERDINE, ) | |
| ) | CASE NO. 4:11-CV-0414 |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM OF OPINION** |
| ) | |
| JP MORGAN CHASE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On February 28, 2011, Plaintiff *pro se* Anthony Jerdine, an inmate at the Northeast Ohio Correctional Center, filed this *in forma pauperis* action against JP Morgan Chase, N.A., Park Assurance Company, Washington Mutual, Inc., Service Plus Mortgage, LTD, Professional Settlement Services, and Werner Group. In his complaint, Jerdine asserts that certain mortgage finance related activities of Defendants have resulted in his indictment and pending federal criminal proceedings against him. For the reasons stated below, this action is dismissed without prejudice.

A prisoner is prohibited from bringing a civil action or appealing a judgment in a civil action *in forma pauperis* if, on three or more prior occasions, he brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g). An exception to the rule allows a prisoner's civil action to proceed if "the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

(4:11-CV-0414)

Jerdine has on at least three occasions filed a civil action failing to state a claim in the federal courts. *See Jerdine v. Washington Mutual Bank*, Case No. 1:09-CV-1840 (District of Columbia); *Jerdine v. FDIC*, Case No. 1:09-CV-307 (N.D. Ohio); *Jerdine v. Washingon Mutual Bank*, Case No. 1:07-CV-2984 (N.D. Ohio).[1] Further, the Complaint in the instant action does not contain allegations reasonably suggesting he is in imminent danger of serious physical injury. Therefore, Jerdine may not proceed *in forma pauperis* and this case is subject to summary dismissal. *Rittner v. Kinder*, 290 Fed.Appx. 796, 2008 WL 3889860 (6th Cir. Aug. 20, 2008).

Accordingly, this action is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

| | |
|---|---|
| March 9, 2011 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |

---

[1] Additionally, on March 4, 2011, District Judge Benita Y. Pearson dismissed a civil action filed by Plaintiff Jerdine in the Northern District of Ohio pursuant to 28 U.S.C. § 1915(g). *See Jerdine v. Federal Bureau of Investigation, et al.*, Case No. 4:11-CV-0391 (N.D. Ohio).